No. 329. BLAIR *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. John W. Gaskins, George R. Shields,* and *Herman J. Galloway* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 330. HYDROILOID, INCORPORATED, ET AL. *v.* L. L. BROWN PAPER CO. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William Morton Carden* for petitioners.

No. 333. CHICAGO & EASTERN ILLINOIS RAILROAD CO. *v.* GOURLEY. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George I. Haight* and *K. L. Richmond* for petitioner. *Mr. Joseph D. Ryan* for respondent.

No. 334. JOSEPH E. SEAGRAM & SONS, INC. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Joseph E. Davies* and *Raymond N. Beebe* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Miss Helen R. Carloss* and *Mr. Samuel E. Blackham* for the United States.

No. 336. SPIKES *v.* STREET & SMITH PUBLICATIONS, INC. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.